# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD B. LAY

NO. 2025 KW 0650

**SEPTEMBER 8, 2025**

---

In Re:   Richard B. Lay, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-112033.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT